**Petition for Reinstatement from Inactive Status.**

**No. 175 DB 2001.**

Supreme Court of Pennsylvania.

April 29, 2002.

***ORDER***

PER CURIAM:

AND NOW, this 29th day of April, 2002, The Report and Recommendations of The Disciplinary Board of the Supreme Court of Pennsylvania dated March 28, 2002, are approved and IT IS ORDERED that KAREN E. GELULA, who has been on inactive status, has never been suspended or disbarred, and has demonstrated that she has the moral qualifications, competency and learning in law required for admission to practice in the Commonwealth, shall be and is, hereby reinstated to active status as a member of the Bar of this Commonwealth. The expenses incurred by the Board in the investigation and pro-

cessing of the Petition for Reinstatement shall be paid by the Petitioner.

■

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**Joseph James D'ALBA, Respondent.**

**No. 182 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

April 29, 2002.

***ORDER***

PER CURIAM:

AND NOW, this 29th day of April, 2002, upon consideration of the Report and Recommendations of the Disciplinary Board dated March 8, 2002, it is hereby

ORDERED that JOSEPH JAMES D'ALBA, be and he is SUSPENDED from the Bar of this Commonwealth for a period of three (3) months, and he shall comply with all the provisions of Rule 217 Pa. R.D.E.

It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.